IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW MATTHEW OBRIECHT,

    Petitioner,

v.

MICHAEL THURMER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-710-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus with prejudice under Rule 4 of the Rules Governing 2254 cases.

_____      12/2/09
Peter Oppeneer, Clerk of Court     Date